UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LESTER A. CERANA,** | ) | **CASE NO. 5:12CV1245** |
| | ) | |
| PLAINTIFF, | ) | **JUDGE SARA LIOI** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **NCO FINANCIAL SYSTEMS, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

Upon representation of counsel that the above-entitled cause of action has been settled between the parties, this case hereby is dismissed. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before August 13, 2012.

The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: July 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**