UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Lester A. Cerana,<br><br>               Plaintiff,<br>v.<br><br>NCO Financial Systems, Inc.; and<br>DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 5:12-cv-01245-SL |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued with prejudice and without costs to any party.

| | |
|---|---|
| Lester A. Cerana | NCO Financial Systems, Inc. |
| /s/ Brian T. McElroy | /s/ Michael D. Slodov |
| Brian T. McElroy, Esq. (0073930) | Michael D. Slodov |
| MCELROY LAW, LLC | Sessions Fishman Nathan & Israel - Chagrin Falls |
| 1991 Crocker Road | 15 East Summit Street |
| Gemini I, Suite 600 | Chagrin Falls, OH 44022 |
| Westlake, Ohio 44145 | 440-318-1073 |
| (440) 892-3334 | mslodov@sessions-law.biz |
| btm@McElroyLawllc.com | Attorney for Defendant |

Co-Counsel with:

LEMBERG & ASSOCIATES, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff:
Lester A. Cerana

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Brian T. McElroy
                                            Brian T. McElroy